# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Defendant Khronos LLC in the above-captioned adversary proceeding.

Dated: New York, New York
　　　　August 20, 2015

　　　　　　　　　　　　　　　　　　DICKSTEIN SHAPIRO LLP

　　　　　　　　　　　　　　　　　　By:　　s/Lindsay A. Bush　　　　　
　　　　　　　　　　　　　　　　　　　　　Lindsay A. Bush
　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　New York, NY  10019-6708
　　　　　　　　　　　　　　　　　　Telephone: (212) 277-6500
　　　　　　　　　　　　　　　　　　Facsimile: (212) 227-6501
　　　　　　　　　　　　　　　　　　BushL@dicksteinshapiro.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Khronos LLC*