```
5UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              :
                                                    :
BERNARD L. MADOFF INVESTMENT                        :   Case No. 08-99000 (SMB)
SECURITIES LLC,                                     :   Adv. Proc. No. 08-01789 (SMB)
                                                    :   SIPA LIQUIDATION
                    Debtor.                         :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation       :
of Bernard L. Madoff Investment Securities LLC,     :
                                                    :
                    Plaintiff,                      :
                                                    :   Adv. P. No. 10-05286 (SMB)
LEGACY CAPITAL LTD. and                             :
KHRONOS LLC                                         :
                                                    :
                    Defendants.                     :
---------------------------------------------------------------X
```

# ERRATA ORDER
## MEMORANDUM DECISION REGARDING MOTIONS TO DISMISS THE TRUSTEE'S AMENDED COMPLAINT

**A P P E A R A N C E S:**

BAKER & HOSTETLER LLP
*Attorneys for Plaintiff, Irving H. Picard,*
  *Trustee for the Liquidation of*
  *Bernard L. Madoff Investment Securities LLC*
45 Rockefeller Plaza
New York, NY 10111

    David J. Sheehan, Esq.
    Oren J. Warshavsky, Esq.
    Jason S. Oliver, Esq.
        Of Counsel

STEVENS & LEE, P.C.
*Attorneys for Legacy Capital Ltd.*
485 Madison Avenue
New York, NY 10022

    Nicholas F. Kajon, Esq.
        Of Counsel

BINDER & SCHWARTZ LLP
*Attorneys for Khronos LLP*
28 West 44th Street-Suite 700
New York, NY 10036-4039

    Eric B. Fisher, Esq.
    Lindsay S. Bush, Esq.
        Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

    IT IS HEREBY ORDERED that the Court's *Memorandum Decision Regarding Motions to Dismiss the Trustee's Amended Complaint*, dated Mar. 14, 2016, is modified as follows:

    Page 5, footnote 3, which reads: "A copy of the Renaissance Report is annexed as Exhibit C to the"

    should be changed to read

"A copy of the Renaissance Report is annexed as Exhibit C to the *Declaration of Eric B. Fisher in Support of Khronos LLC's Motion to Dismiss the Amended Complaint Under Bankruptcy Rule 7012(b) and Federal Rule of Civil Procedure 12(b)(6)*, dated July 30, 2015 ("*Fisher Declaration*") (ECF Doc. # 120-2).)"

Dated:  New York, New York
        May 5, 2016

                              /s/ *Stuart M. Bernstein*
                              STUART M. BERNSTEIN
                              United States Bankruptcy Judge